## MOTION DOCKET

**99–1269. Spoerndle v. Nationwide Mut. Ins. Co.**
Summit App. No. 19289. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause consolidated with 99–1426, *Spoerndle v. Nationwide Mut. Ins. Co.*, Summit App. No. 19289; causes held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.*, Franklin App. No. 98AP–353; and briefing schedule stayed.

    ## DISCRETIONARY APPEALS ALLOWED

**99–1426. Spoerndle v. Nationwide Mut. Ins. Co.**
Summit App. No. 19289. Discretionary appeal allowed; *sua sponte*, cause consolidated with 99–1269, *Spoerndle v. Nationwide Mut. Ins. Co.*, Summit App. No. 19289; causes held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.*, Franklin App. No. 98AP–353; and briefing

schedule stayed.

LUNDBERG STRATTON, J., dissents.